IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUNG HWAN YOU,<br><br>      Plaintiff,<br><br>v.<br><br>ASSI DULUTH PLAZA, INC.,<br><br>      Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-0576-SCJ |

**O R D E R**

Counsel for Plaintiff having advised the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action.  If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 20th day of March, 2017.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE